In the Matter of Tommy Alejandro, an Attorney, Appellant. Departmental Disciplinary Committee for the First Judicial Department, Respondent.

Decided September 22, 2009

Reported below, 65 AD3d 63.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of Benson Point Realty Corporation, Appellant, v Town of East Hampton, Respondent.

Submitted July 27, 2009; decided September 22, 2009

Reported below, 62 AD3d 989.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of Winford Kent Bishop, an Attorney, Appellant. Departmental Disciplinary Committee for the First Judicial Department, Respondent.

Submitted August 10, 2009; decided September 22, 2009

Reported below, 54 AD3d 1.

Motion for reargument of motion for leave to appeal denied [see 12 NY3d 715 (2009)].

Chief Judge Lippman taking no part.

Christopher Caraballo et al., Respondents, v City of Yonkers, Appellant.

Submitted July 20, 2009; decided September 22, 2009

Reported below, 54 AD3d 796.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.